■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRYSTAL FIGUEROA, Appellant. [22 NYS3d 851]—

Judgment, Supreme Court, Bronx County (Carol Feinman, J.), rendered February 17, 2011, convicting defendant, upon her plea of guilty, of loitering for the purpose of engaging in a prostitution offense, and sentencing her to a conditional discharge, and judgment of resentence, same court (George R. Villegas, J.), rendered February 1, 2012, resentencing defendant to time served, unanimously reversed, on the law, and the accusatory instrument dismissed in the interest of justice.

The record fails to support the conclusion that defendant's guilty plea was knowing, intelligent and voluntary, because the court accepted the plea at arraignment without addressing any of the rights defendant was waiving, and there are no circumstances reflecting her consultation with counsel (*see People v Conceicao*, 26 NY3d 375, 384 [2015]). Further, we dismiss the

accusatory instrument in the interest of justice. Concur—Mazzarelli, J.P., Acosta, Andrias and Moskowitz, JJ.